UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Teri Jo Shirk,
    Plaintiff,

vs.

Internal Revenue Service,
    Defendants.

Case No. 1:17-cv-160
Dlott, J.
Litkovitz, M.J.

**ORDER APPOINTING
PRO BONO COUNSEL IN
MEDIATION PROCEEDING**

On January 9, 2018, pro se plaintiff Teri Jo Shirk signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court will now appoint Attorney Raymond W. Lembke of Law Office of Raymond W. Lembke to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Raymond W. Lembke is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, his representation of plaintiff Teri Jo Shirk will end. Accordingly,

**NOW, THEREFORE, IT IS ORDERED** that Attorney Raymond W. Lembke be and hereby is **appointed** to pro bono representation of pro se plaintiff Teri Jo Shirk for mediation purposes only in this action.

**IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Stephanie K. Bowman for mediation and the parties shall appear at such time as she shall designate.

**IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, Magistrate Judge Bowman will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

Date: 1/12/18

Karen L. Litkovitz
United States Magistrate Judge